**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00198-CV**

_____

**KENNETH L. HILL, Appellant**

**V.**

**T. ALLEN, et al, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-201,316**

## MEMORANDUM OPINION

On August 15, 2018, we notified the appellant, Kenneth L. Hill, that the appeal would be dismissed unless we received an amended notice of appeal by August 30, 2018. The appellant did not comply with the notice within the time specified. *See* Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed. *Id.*

APPEAL DISMISSED.

_____

CHARLES KREGER
Justice

1

Submitted on September 26, 2018
Opinion Delivered September 27, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.